

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Melvin Combs
Criminal District Attorney
Jefferson County
Beaumont, Texas

Dear Sir:                    Attention:  Earl Black

                             Opinion No. O-4628
                             Re:  County School Trustees - Holding
                                  of two offices of emolument is
                                  prohibited by the Constitution
                                  and related matter.

        Your request for opinion has been received and care-
fully considered by this department.  We quote from your re-
quest as follows:

        "We have received a request for an opinion
        on the following facts:  Two of the County School
        Trustees of Jefferson County, Texas, elected
        under Article 2676 R.C.S. 1925, hold other posi-
        tions with the schools as follows:

        "(1)  Mr. L. B. Abbey, elected from Precinct
        No. Two, as a County School Trustee, also holds
        the position of Business Manager of the Port Ar-
        thur Independent School District.  The title of
        Business Manager includes the handling of all
        finances for said School District, as well as
        the office of Tax Assessor-Collector.

        "(2)  Mr. D. W. Scintnott, elected from Pre-
        cinct No. Four, as a County School Trustee, also
        holds a teaching position at Lamar Junior College,
        which college is supported by State Funds and
        from taxes collected within a certain district
        in Jefferson County known as Lamar Junior College
        District.

        "Each of the men receive $3.00 per day for
        the time spent at meetings of the Board, under
        Article 2687.

Honorable Melvin Combs, Att'n: Earl Bleek, Page 2

"Will you please give us your opinion as to whether or not these men, or either of them, are holding office as County School Trustee in violation of Article 16, Sections 33 and 40 of the Texas Constitution?"

Article 16, Section 40, Texas Constitution, reads in part as follows:

"No person shall hold or exercise at the same time, more than one civil office of emolument. . . ."

Various exceptions, immaterial here, are provided for in this section.

The office of County School Trustee is one of emolument. (See Article 2687, Vernon's Annotated Texas Civil Statutes.)

You state in your letter that Mr. Abbey, one of the County School Trustees, also holds the office of Tax Assessor-Collector of the Port Arthur Independent School District. We assume from your letter that this is also an office of emolument. If this assumption be correct it is our opinion that Section 40 of Article 16 of our State Constitution prohibits Mr. Abbey from holding these two offices of emolument at the same time.

Article 16, Section 33 of our State Constitution reads in part as follows:

"The accounting officers of this State shall neither draw nor pay a warrant upon the Treasury in favor of any person, for salary or compensation as agent, officer or appointee, who holds at the same time any other office or position of honor, trust or profit, under this State or the United States, except as prescribed in this Constitution."

You state in your letter that Mr. Bointnott, one of the County School Trustees, is a teacher at Lamar Junior College. His position as a teacher is clearly not an office, and Section 40 of Article 16 of our Constitution would not there apply. It is our opinion that Section 33 of Article 16 of our State Constitution is not applicable to this situation

Honorable Melvin Combs, Att'a: Earl Black, Page 3

because no accounting officer of this State draws or pays
a warrant on the State Treasury in favor of Mr. Beintnott
as he receives his teaching salary from the funds of the
school district which employs him. We have carefully search-
ed the statutes and are unable to find any incompatibility
in Mr. Beintnott's holding the office of County School Trus-
tee and the position of teacher in the Lamar Junior College.

Very truly yours

APPROVED JUN 16, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:OO


APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN